IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

JOHN A. ROSS, JR.                                                                                          PETITIONER

V.                                                             CAUSE NO.: 4:14CV087-SA-JMV

CHRISTOPHER B. EPPS, ET AL.                                                              RESPONDENTS

ORDER ADOPTING REPORT AND RECOMMENDATION

After thoroughly reviewing the record and the findings in the Report and Recommendations [23], in addition to the positions advanced in Petitioner's Objections [24], and for the reasons stated herein, the Court finds that the Petitioner's Objections [24] should be OVERRULED, and that the Magistrate's Report and Recommendations [23] entered on July 30, 2015, should be ADOPTED as the findings of the Court.

Accordingly, the Court finds the Petitioner has failed to make the showing necessary to support a successive petition for writ of habeas corpus as directed under § 2244(b)(2)(B)(i) and (ii). Thus, Respondents' Motion to Dismiss [8] is GRANTED, the claims are DISMISSED, and this case is CLOSED.

SO ORDERED, this the 30th day of September, 2015.

                                                                                 /s/ Sharion Aycock
                                                                                 **U.S. DISTRICT JUDGE**